UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

Wayne Drummond

                Defendant.

Case No.: 24MJ01376 (KPB)

**ORDER OF DISMISSAL**

---

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Kim P. Berg
United States Magistrate Judge

Dated: 19th day of September, 2025
White Plains, New York